IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRECIA A. HINES,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED COLLECTION BUREAU, INC.,<br>　　　　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 2:17-cv-03043 -CDJ |

**STIPULATION FOR DISMISSAL**

　　　Counsel for Plaintiff, Trecia A. Hines and Defendant, United Collection Bureau, Inc., stipulate and agree that, in consideration of the settlement of the above-captioned matter, the above-captioned matter is dismissed with prejudice without costs or attorney's fees to either party.

| | |
|---|---|
|　/s/ Andrew M. Milz<br>CARY L. FLITTER<br>ANDREW M. MILZ<br>**FLITTER MILZ, P.C.**<br>450 N. Narberth Avenue, Suite 101<br>Narberth, PA  19072<br>(610) 822-0782<br>*Attorney for Plaintiff*<br><br>Date: November 22, 2017 | 　/s/Daniel C. Fanaselle<br>DANIEL C. FANASELLE<br>DANIEL J.T. MCKENNA<br>**BALLARD SPAHR, LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 665-8500<br>*Attorney for Defendants*<br><br>Date: November 22, 2017 |